# AFFIDAVIT IN SUPPORT OF A
# CRIMINAL COMPLAINT

I, Special Agent Alex Stechschulte, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of a criminal complaint charging JEAN HYPPOLITE with violations of 18 U.S.C. § 115(a)(1)(B) (Threats to Murder a Federal Employee) and 18 USC § 875 (c) (Use of Interstate Communications to Threaten to Injure Another Person).

2. The facts set forth in this affidavit are based on information that I have obtained from my personal involvement in the investigation and from other law enforcement officers who have been involved in this investigation, on documents that I have reviewed, and on my training and experience. Where I have reported statements made by others or from documents that I have reviewed, those statements are reported in substance and in part, unless otherwise indicated.

3. I have been a Special Agent with the Treasury Inspector General for Tax Administration (TIGTA) since 2023. I am currently assigned to the Philadelphia Group, where I investigate various crimes including threats made against the Internal Revenue Service (IRS) and its employees. Additionally, I am a graduate of the Federal Law Enforcement Training Center Criminal Investigator Training Program in Glynco, Georgia. Prior to joining TIGTA, I was a Special Agent with the Air Force Office of Special Investigation (AFOSI) and the Diplomatic Security Service (DSS) from 2013-2022. As a Special Agent with AFOSI and DSS, I attended multiple basic and advanced law enforcement training courses which included coursework involving threats against government officials and crimes against persons investigations. I have training and experience in the preparation, presentation, and service of criminal complaints and arrest and search warrants and have been involved in

the investigation of numerous types of offenses, including threats and assaults against federal employees. I hold a Juris Doctor degree from the Capital University Law School, and a Bachelor of Arts degree in Criminology and Sociology from the Ohio State University.

4. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## VENUE

5. The offenses alleged herein occurred within the Eastern District of Pennsylvania and elsewhere.

## PROBABLE CAUSE

6. On December 3, 2025, JEAN HYPPOLITE called the IRS from phone number (215)-310-5059. HYPPOLITE was connected with an IRS employee who was working in St. Lous, Missouri. During the call, per IRS standard identity verification procedures, HYPPOLITE, was asked his social security number, his first and last name, his date of birth and his address. HYPPOLITE's provided his first and last name, his social security number, and his date of birth, all which matched the IRS records on file for HYPPOLITE. In addition, HYPPOLITE provided his current address as 411 Kerper St Philadelphia, PA 19111.

7. During the call, the IRS employee scheduled HYPPOLITE for an appointment at the IRS Taxpayer Assistance Center (TAC) at 600 Arch St Philadelphia, PA 19106 for December 4, 2025, at 11:30 AM. During the call HYPPOLITE confirmed his phone number as (215) 310-5059.

8. After discussing what was needed to be brought to HYPPOLITE's appointment at the TAC, HYPPOLITE and the IRS employee began interrupting and talking over each other

about whether HYPPOLITE was allowed to record this call with the IRS. The IRS employe then informed HYPPOLITE that she would disconnect the call since HYPPOLITE was recording the call. HYPPOLITE stated he knew the call was being recorded by the IRS, and that the IRS employee must be doing something wrong, since she was recording the call. HYPPOLITE then stated on the call "I am going to fix that shit, I am going to burn the building to the ground with all of ya." HYPPOLITE continued, and then stated "where is my money or pay the price."

9. HYPPOLITE remained on the phone call and began speaking with an unknown third party who appeared to be present with him during the call. HYPPOLITE and the other individual were mostly speaking in a language other than English. HYPPOLITE also continued to speak into the phone, stating multiple times "are you willing to hang up, I know you are still there." HYPPOLITE continued to speak to the unknown third person in an unknown foreign language. On the phone, HYPPOLITE then stated, "yeah you scared of me, you schedule that appointment for me." HYPPOLITE said into the phone "you are going to jail or you going to get shot in the street, you know you are not supposed to do shit like that." Finally, HYPPOLITE stated, "pay me my money, or face the consequences." The call was then disconnected by the IRS.

10. On December 4, 2025, HYPPOLITE did not show up at the TAC in Philadelphia PA for his scheduled appointment. Another TIGTA Special Agent and I then attempted to contact HYPPOLITE at a residence that commercial records indicated that was associated with HYPPOLITE. When HYPPOLITE was not found at the residence, I called HYPPOLITE at (215) 310-5059 and left a voicemail after the call was not answered.

11. On December 4, 2025, HYPPOLITE called me back from (215) 310-5059. When asked, if I was speaking with HYPPOLITE, HYPPOLITE confirmed his first and last name. I informed HYPPOLITE that I was an Investigator with the Treasury Department and that I wanted to speak to him about his call on December 3, 2025, in which HYPPOLITE stated that he wanted to burn down the IRS. HYPPOLITE confirmed it was him that made that phone call in which he referenced burning down the IRS. HYPPOLITE confirmed that he lives in Philadelphia, PA and that he made the previous call to the IRS from Philadelphia, PA.

12. I informed HYPPOLITE that my concern was that he was going to come and harm IRS employees. HYPPOLITE responded, "Let me tell you, if I was in the office, I would murder them, because they play with my feelings." Furthermore, HYPPOLITE stated "I was in that office…. and they made me come back a second time, I will not miss you, I will murder some employees in there." I told HYPPOLITE that his statements concern us and HYPPOLITE stated "I am ripe for that shit, I am ripe for it."

13. I asked HYPPOLITE if he intended to harm employees at the IRS, and HYPPOLITE stated "for true, man, I will, if I go to the office and show my ID again, yes I will do for murder, some people in there, I mean that shit." After further discussion, I informed HYPPOLITE that I wanted him to come to the IRS, so we can help him get his tax refund. HYPPOLITE replied "you want me to come in to arrest me, but yeah I will come over there, I will get arrested but I am going to make sure somebody lay dead on the floor."

14. When I asked for a location where we should send a tax refund HYPPOLITE stated "send it to the bank account you have, the tax forms are all up here." When informed he would need to provide a mailing address, HYPPOLITE stated his address as 411 Kerper St

Philadelphia, PA 19111. HYPPOLITE then confirmed that the best phone number to reach him at is (215)-310-5059.

## **CONCLUSION**

15. Based on facts described above, there is probable cause to believe that JEAN HYPPOLITE violated 18 U.S.C. § 115(a)(1)(B) (Threats to Murder a Federal Employee) and 18 USC § 875 (c) (Use of Interstate Communications to Threaten to Injure Another Person).

Respectfully submitted,

*s/ Alex Stechschulte*
Alex Stechschulte
Special Agent
Treasury Inspector General for Tax Administration

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim. P. 4.1 and 4(d) on this 5th day of December, 2025

/s/ Jose R. Arteaga, USMJ
HONORABLE JOSE R. ARTEAGA
UNITED STATES MAGISTRATE JUDGE